CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
            Deputy Clerk

HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE PACIFIC INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>S3 HOLDING LLC and OLIVIA MILLER, INC.<br><br>Defendants. | Civil Action No.: 18-cv-224-RSL<br><br>JUDGMENT IN A CIVIL ACTION |

## JUDGMENT SUMMARY

Judgment Creditor:    Seattle Pacific Industries, Inc.

Judgment Debtors:    S3 Holding LLC and Olivia Miller, Inc.

Principal Judgment Amount:    $308,464.10

| | |
|---|---|
| Damages (Breach of Contract)[1] | $160,000.00 |
| Damages (Trademark Infringement)[2] | $ 31,136.00 |
| Costs[3] | $  5,057.00 |
| Attorney Fees[4] | $ 64,615.50 |
| Prejudgment Interest (12% per annum)[5] | $ 47,655.60 |

---

[1] *See* Order dated April 10, 2019, page 10. (Dkt. #49)

[2] *Id.*

[3] *See* Order dated July 8, 2019, page 9. (Dkt. #56)

[4] *See* Order dated November 12, 2019, page 3. (Dkt. #59)

[5] *See* Order dated April 10, 2019, page 10. (Dkt. #49). This amount includes prejudgment interest from the date the $160,000 in breach of contract damages became due, May 26, 2017, through November 18, 2019. If judgment is entered on a later date, the daily amount of prejudgment interest that accrues is $52.60 (calculated as $160,000 x 0.12 / 365). The period from May 26, 2017 through the date of this filing is 906 days.

JUDGMENT IN A CIVIL ACTION
Civil Action No. 2:18-cv-00224-RSL                              1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

| | | |
|---|---|---|
| Post-Judgment Interest Rate Pursuant to 28 U.S.C. § 1961[6]: | 1.56% | |
| Attorneys for Judgment Creditor Seattle Pacific Industries, Inc.: | Marc C. Levy<br>Thomas A. Shewmake<br>SEED IP Law Group LLP<br>701 Fifth Ave., Suite 5400<br>Seattle, WA 98104 | |
| Attorney for Judgment Debtors S3 Holding LLC and Olivia Miller, Inc.: | Scott Zarin<br>Zarin & Associates, P.C.<br>244 West 102nd Street, #3B<br>New York, NY 10025 | |

## ORDER

On April 10, 2019 The Court issued an Order (Dkt. #49) granting in part Seattle Pacific Industries, Inc.'s ("SPI") Motion for Summary Judgment. The Court awarded SPI damages for its breach of contract claim in the amount of $160,000 plus pre-judgment interest at the rate of 12% per annum. SPI was also awarded $31,136 for actual damages resulting from its trademark infringement claim. The Court invited SPI to submit a fee petition to seek reasonable fees and costs incurred in enforcing its rights under the License Agreement.

Plaintiff filed a Motion for Attorneys' Fees and Costs on April 24, 2019 (Dkt. #50). On July 8, 2019 the Court issued an Order Regarding Motion for Attorney's Fees and Costs (Dkt. #56). The Court granted in part Plaintiff's Motion and awarded costs of $5,057. Defendants were instructed to pay costs of this amount within 20 days of the Order.

The Court's July 8th Order also denied in part Plaintiff's Motion for Attorney's Fees and Costs, but provided SPI the opportunity to segregate its fees and submit a revised proposed fee award. Plaintiff's Revised Attorney's Fees Request and Request for Entry of Judgment was filed on July 18, 2019 (Dkt. #57).

---

[6] This rate assumes that judgment is entered during the week of November 18, 2019.

JUDGMENT IN A CIVIL ACTION
Civil Action No. 2:18-cv-00224-RSL

2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

On November 12, 2019 the Court issued an Order Awarding Attorney's Fees and Costs (Dkt. #59). The Court granted in part Plaintiff's revised request awarding the amount of $64,615.50 for attorney's fees and ordered that Plaintiff submit a proposed form of judgment.

Based on the Court's awards as outlined herein for damages, costs, attorneys' fees, and prejudgment interest, the Principal Judgment Amount is $308,464.10 (plus $52.60 per day in prejudgment interest between November 18, 2019 and the date that the Court enters judgment) against Defendants S3 Holding LLC and Olivia Miller, Inc.

Now, therefore, the Court, being otherwise fully advised herein,

HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiff Seattle Pacific Industries, Inc. is awarded judgment against Defendants S3 Holding LLC and Olivia Miller, Inc. jointly and severally in the amount of $308,464.10 (plus $52.60 per day between November 18, 2019 and the date that the Court enters judgment). Post-judgment interest on the judgment sum shall accrue at the rate of 1.56% from the date of entry hereof.

IT IS SO ORDERED.

DATED this 19th day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*Presented by:*
SEED IP Law Group LLP

/s/Marc C. Levy
Marc C. Levy, WSBA No. 19203
Thomas A. Shewmake, WSBA No. 50765
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: marcl@seedip.com
Email: tomshewmake@seedip.com

JUDGMENT IN A CIVIL ACTION
Civil Action No. 2:18-cv-00224-RSL                             3

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

United States District Court
WESTERN DISTRICT OF WASHINGTON

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

SEATTLE PACIFIC INDUSTRIES, INC.,

v.

S3 HOLDING LLC, *et al.*

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C18-224RSL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Principal Judgment Amount is $308,464.10 (plus $52.60 per day in prejudgment interest between November 18, 2019 and the date that the Court enters judgment) against Defendants S3 Holding LLC and Olivia Miller, Inc.

_____November 21, 2019_____     _____William M. McCool_____
                                                      Clerk

                                                      /s/Michael Williams
                                                      By, Deputy Clerk