USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _ November 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                              :
SEATTLE PACIFIC INDUSTRIES, INC.,                             :
                                                              :
                              Plaintiff,                      :
                                                              :
              -against-                                       :          20-mc-178 (ALC)
                                                              :
S3 HOLDING LLC AND OLIVIA                                     :          ORDER
MILLER, INC.,                                                 :
                                                              :
                              Defendants.                     :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       Plaintiff, Judgement Creditor, moves to compel Bank Leumi USA to answer information subpoenas with restraining notices. (ECF No. 13). On October 5, 2020, the Court issued an Order to Show Cause why an Order should not be issued compelling Bank Leumi to respond to information subpoenas with restraining notices. (ECF No. 11). To date, Bank Leumi has failed to respond to the Order to Show Cause.

       Accordingly, the Court grants plaintiff's motion to compel. Pursuant to Rules 37, 45 and 69 of the Federal Rules of Civil Procedure and Rules 5222, 5223, 5224(a), and 2308(b) of the New York Civil Practice Law and Rules, Bank Leumi is directed to respond to the information subpoenas with restraining notices served upon Bank Leumi on June 22, 2020. The Court awards Plaintiff the requested $50 in costs in connection with its motion to compel.

**SO ORDERED.**

**Dated:   November 6, 2020**
         **New York, New York**                          _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**